IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 03 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:22CR 00240 JM |
| | ) | |
| DRONTEY WALKER | ) | 18 U.S.C. § 922(g)(1) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   On or about July 29, 2021, the defendant,

DRONTEY WALKER,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Four Counts of Breaking and Entering and Theft by Receiving, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-18-4691.

B.   On or about July 29, 2021, in the Eastern District of Arkansas, the defendant,

DRONTEY WALKER,

knowingly possessed, in and affecting commerce, one or more of the following:

1.   A firearm, that is: an American Tactical, model Omni Hybrid Multi-Cal, 5.56mm rifle, bearing serial number NS171652; and

2.   One or more rounds of Winchester, 5.56 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

3

Upon conviction of Count 1 of this Indictment, the defendant, DRONTEY WALKER, shall forfeit to the United States under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.